AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DANIEL GENE SULLIVAN

Case No. 17CR4366-JLS

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 56), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant's combined medical conditions do meet the "extraordinary and compelling" standard for compassionate release under Section 3582(c)(1)(A)(i). However, the Court concludes that the risk of danger to the community and the factors set forth in 18 U.S.C. § 3553(a) preclude a favorable exercise of the Court's discretion. At 43 years of age, Defendant has developed a significant criminal history including two drug trafficking offenses which occurred prior to his methamphetamine distribution offense in this case. The Presentence Report documents Defendant's struggle with drug abuse from an early age. ECF No. 33 at 17. Although the Court commends the strides Defendant has made toward sobriety while incarcerated, Defendant's history demonstrates a significant risk that he

will return to criminal activity upon release.  Defendant has served only 29 months of his 84-month sentence and has not yet been able to complete the RDAP program.  Thus, the Court is not persuaded that his safety to the community can be assured or that early release sufficiently reflects the seriousness of the offense, or is consistent with the goals of rehabilitation and treatment, respect for the law, just punishment, and avoidance of sentence disparities under 18 U.S.C. § 3553(a).

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated:  December 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge